IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RAVIN THOMAS                                                                         PLAINTIFF

V.                                                        CIVIL ACTION NO. 4:17-CV-62-SA-JMV

P.F. BROADWAY, LLC                                                                  DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This, the 2nd day of October, 2017.

                                             /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE