IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RAVIN THOMAS, as next friend of Trey Carter, deceased,                    PLAINTIFF
and on behalf of all wrongful death beneficiaries
of Trey Carter, deceased

V.                                                    CIVIL ACTION NO. 4:17-CV-62-SA-JMV

P.F. BROADWAY, LLC                                                        DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss

plaintiffs' cause of action with prejudice, and this Court, having considered the same and being

fully advised in the premises, and it appearing that this entire cause has been compromised and

settled as between and among the parties, is of the opinion that said motion is well-taken and

should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is

hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED this 24th day of September, 2018.


                                                     /s/ Sharion Aycock
                                                    U.S. DISTRICT COURT JUDGE




APPROVED:

s/ Errick D. Simmons
Errick D. Simmons, Esq., MS Bar #101938

*Attorney for Plaintiffs*

<u>s/ Robert F. Stacy, Jr.</u>
Robert F. Stacy, Jr., Esq. - MS Bar #7764
*Attorney for Defendant P.F. Broadway,*
*LLC d/b/a Broadway Estates*

Presented by:

Robert F. Stacy, Jr., Esq.
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
P. O. Box 1396
Oxford, MS 38655-1396
(662) 232-8979